

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Fred Harold Middaugh - #62133

_____/

CV 10 80 067 MISC

VRW

**ORDER TO SHOW CAUSE**

It appearing that Fred Harold Middaugh has been suspended for 60 days by the Supreme Court of California effective February 11, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 30, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Fred Harold Middaugh
Attorney At Law
489 W Washington St #122
Sequim, WA 98382